**BOIES SCHILLER FLEXNER LLP**
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *ccaldwell@bsfllp.com*
ERIC S. PETTIT, State Bar No. 234657
  *epettit@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Plaintiffs and Counter-Defendants
AMTAX Holdings 463, LLC, and
Tax Credit Holdings III, LLC

**COX, CASTLE & NICHOLSON LLP**
Alicia N. Vaz (State Bar No. 215081)
Cathy T. Moses (State Bar No. 254791)
2029 Century Park East, 21st Floor
Los Angeles, CA 90067-3284
Telephone:  (310) 284-2200
Facsimile:  (310) 284-2100
Email:  avaz@coxcastle.com; cmoses@coxcastle.com
Attorneys for Defendant and Counter-Plaintiff
KDF COMMUNITIES-HALLMARK, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTAX HOLDINGS 463, LLC, an Ohio limited liability company; and TAX CREDIT HOLDINGS III, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>KDF COMMUNITIES-HALLMARK, LLC, a California limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 18-CV-3604-JD<br><br>**JOINT REPORT RE: ADR PROCEDURES**<br><br>**Hon. James Donato** |

18-CV-3604-JD

Plaintiffs and Counter-Defendants AMTAX Holdings 463, LLC ("AMTAX") and Tax Credit Holdings, III ("TCH") (collectively "Plaintiffs" or "AMTAX/TCH"), on the one hand, and Defendant and Counter-Claimant KDF Communities-Hallmark, LLC ("Defendant" or "KDF"), on the other hand, hereby submit through their undersigned counsel this Joint Report regarding their position on potential ADR procedures, pursuant to this Court's direction at the Scheduling Conference held in this action on September 20, 2018.

The parties have now reached a tentative settlement of this action, which they are in the process of finalizing and documenting in a written settlement agreement. Accordingly, the parties do not believe that referral to one of the Court's ADR procedures is necessary at this time.

DATED: September 27, 2018        BOIES SCHILLER FLEXNER LLP

By  */S/ Christopher G. Caldwell*
    CHRISTOPHER G. CALDWELL
Attorneys for Plaintiffs and Counter-Defendants AMTAX Holdings 463, LLC, and Tax Credit Holdings III, LLC

DATED: September 27, 2018        COX CASTLE & NICHOLS

By  */S/ Alicia Vaz (by permission)*
    ALICIA VAZ
Attorneys for Defendant and Counter-Plaintiff KDF Communities-Hallmark, LLC

18-CV-3604-JD