```
COX, CASTLE & NICHOLSON LLP
Alicia N. Vaz (State Bar No. 215081)
Cathy T. Moses (State Bar No. 254791)
2029 Century Park East, 21st Floor
Los Angeles, CA 90067-3284
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email: avaz@coxcastle.com; cmoses@coxcastle.com

Attorneys for Defendant and Counter-Claimant
KDF COMMUNITIES-HALLMARK, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTAX HOLDINGS 463, LLC, an Ohio limited liability company; and TAX CREDIT HOLDINGS III, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>  vs.<br><br>KDF COMMUNITIES-HALLMARK, LLC, a California limited liability company,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 18-cv-3604-JD<br><br>**CIVIL L.R. 6-2 STIPULATION EXTENDING TIME FOR KDF COMMUNITIES-HALLMARK, LLC TO FILE AMENDED COUNTERCLAIMS; [PROPOSED] ORDER** |

LAW OFFICES OF
COX, CASTLE & NICHOLSON LLP
LOS ANGELES, CA

080727\10126497v1

STIPULATION EXTENDING TIME TO FILE
AMENDED COUNTERCLAIMS
CASE NO. 18-CV-3604-JD

Pursuant to N.D. Cal. Civil Local Rule 6-2, AMTAX Holdings 463, LLC and Tax Credit Holdings III, LLC (together, "**Plaintiffs**") and KDF Communities-Hallmark, LLC ("**KDF**") (together, the "**Parties**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on July 11, 2018, KDF filed Counterclaims for (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3) breach of fiduciary duty, (4) violation of Bus. & Prof. Code § 17200 et seq., (5) violation of the RICO statute, 18 U.S.C. § 1962(c) et seq., and (6) dissolution and accounting (Dkt. 24-1);

WHEREAS on August 1, 2018, Plaintiffs filed a motion to dismiss KDF's Counterclaims (1)-(5) under Federal Rule of Civil Procedure 12(b)(6) (Dkt. 28) ("**Motion**");

WHEREAS on September 20, 2018, the Court granted Plaintiffs' Motion with leave to amend and granted KDF until October 11, 2018 to file amended counterclaims (Dkt. 39);

WHEREAS the parties have reached a settlement and are in the process of documenting the written agreement, and thus agree that in the unlikely event the Parties cannot agree on the terms of the settlement agreement and related documents, KDF should be given a short two-week extension of time in which to file any amended counterclaims, from October 11, 2018 to October 25, 2018;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that KDF be given until October 25, 2018 to file amended counterclaims.

DATED: October 10, 2018   BOIES SCHILLER FLEXNER LLP

By   */s/ Arwen Johnson (with permission)*
Arwen Johnson
Attorneys for Plaintiffs and Counter-Defendants
AMTAX Holdings 463, LLC, and Tax Credit
Holdings III, LLC

DATED: October 10, 2018   COX CASTLE & NICHOLSON LLP

By   */s/ Cathy T. Moses*
CATHY T. MOSES
Attorneys for Plaintiff and Counter-Claimant KDF
Communities-Hallmark, LLC

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
LOS ANGELES, CA
080727\10126497v1

- 1 -

STIPULATION EXTENDING TIME TO FILE AMENDED COUNTERCLAIMS
CASE NO. 18-CV-3604-JD

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and pursuant to the parties' written stipulation, the Court orders that KDF Communities-Hallmark, LLC be given until October 25, 2018 to file amended counterclaims.

IT IS SO ORDERED.

DATED: _____    _____
Honorable James Donato
United States District Court

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
LOS ANGELES, CA

080727\10126497v1

- 2 -

STIPULATION EXTENDING TIME TO FILE
AMENDED COUNTERCLAIMS
CASE NO. 18-CV-3604-JD